People of the State of Illinois, Defendant in Error, v. Donald M. Larson, Plaintiff in Error.

Gen. No. 11,144.

Second District, Second Division.
May 8, 1958.
Released for publication May 26, 1958.

Charles A. Bellows, and Jason Ernest Bellows, for plaintiff in error; Thomas J. Moran, State's Attorney (Kenneth R. Shorts, Assistant State's Attorney, of counsel) for defendant in error. Opinion by PRESIDING JUSTICE CROW. Not to be published in full.